IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- S.T.

- CARSON LOOP ESM, LLC d/b/a BUDGETEL

- SRINIVAS BOLLEPALLI

1

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- Law & Moran
- Anderson, Tate & Carr, P.C.
- All insurance carriers for defendants, the identities of which are unknown to Plaintiff at this time.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Counsel for Plaintiff:   Peter A. Law
E. Michael Moran
Denise D. Hoying
Law & Moran
563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700 (Telephone)
(404) 842-7710 (Fax)
pete@lawmoran.com
mike@lawmoran.com
denise@lawmoran.com

        Patrick J. McDonough
        Jonathan S. Tongue
        Anderson, Tate & Carr, P.C.
        One Sugarloaf Centre
        1960 Satellite Boulevard, Suite 4000
        Duluth, Georgia 30097
        (770) 822-0900 (Telephone)
        (770) 822-9680 (Fax)
        pmcdonough@atclawfirm.com
        jtonge@atclawfirm.com

The identities of defense counsel are unknown to Plaintiff at this time.

This 19th day of September, 2024.

        Respectfully submitted,

        **LAW & MORAN**

        <u>/s/ Denise D. Hoying</u>
        Peter A. Law
        Georgia Bar No. 439655
        pete@lawmoran.com
        E. Michael Moran
        Georgia Bar No. 521602
        mike@lawmoran.com
        Denise D. Hoying
        Georgia Bar No. 236494
        denise@lawmoran.com
        Attorneys for Plaintiff

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

ANDERSEN, TATE & CARR, P.C.

/s/ Patrick J. McDonough
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Attorneys for Plaintiff

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing *Plaintiffs Certificate of Interested Persons and Corporate Disclosure Statement* has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                                        Respectfully submitted,

                                        **LAW & MORAN**

                                        /s/ Denise D. Hoying
                                        Peter A. Law
                                        Georgia Bar No. 439655
                                        E. Michael Moran
                                        Georgia Bar No. 521602
                                        Denise D. Hoying
                                        Georgia Bar No. 236494
                                        *Attorneys for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700 (Telephone)
(404) 842-7710 (Fax)