IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION FILE |
| | )   NO. |
| CARSON LOOP ESM, LLC d/b/a | ) |
| BUDGETEL, and SRINIVAS | ) |
| BOLLEPALLI, | ) |
| | ) |
|     Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
AND LEAVE TO PROCEED ANONYMOUSLY**

This case comes before the Court on Plaintiff's Motion for Protective Order

and Leave to Proceed Anonymously. The Court finds that S.T.'s privacy and safety

interests outweigh the public's interest in knowing S.T.'s identity.

Therefore, Plaintiff's motion is GRANTED. The Court hereby ORDERS

that all material, documents, pleadings, exhibits and evidence of any kind filed in

this case shall refer to Plaintiff as S.T., with no other additional identifying

information.

SO ORDERED this \_\_\_\_ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE