IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CARSON LOOP ESM, LLC d/b/a )<br>BUDGETEL, and SRINIVAS )<br>BOLLEPALLI, )<br>)<br>    Defendants. ) | CIVIL ACTION FILE<br>NO. 4:24-CV-00225-WMR |

## **PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE**

COMES NOW Plaintiff in the above-styled case, and files the Proof of Service served upon Carson Loop ESM, LLC d/b/a Budgetel and Srinivas Bollepalli attached hereto and incorporated herein.  The Clerk's docket should reflect that the above-referenced Defendants were served with the following:

- Complaint;

- Summons;

- Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement; and

- Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously and Brief in Support Thereof

1

by Process Server Johnathan Loadholt on October 8, 2024.

This 30th day of October, 2024.

                                              Respectfully submitted,

                                              **LAW & MORAN**

                                              <u>/s/ Denise D. Hoying</u>
                                              Peter A. Law
                                              Georgia Bar No. 439655
                                              pete@lawmoran.com
                                              E. Michael Moran
                                              Georgia Bar No. 521602
                                              mike@lawmoran.com
                                              Denise D. Hoying
                                              Georgia Bar No. 236494
                                              denise@lawmoran.com
                                              Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***Plaintiff's Notice of Filing Proof of Service*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>CARSON LOOP ESM, LLC d/b/a )<br>BUDGETEL, and SRINIVAS )<br>BOLLEPALLI, )<br>)<br>  Defendants. ) | CIVIL ACTION FILE<br>NO. 4:24-CV-00225-WMR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Plaintiff's Notice of Filing Proof of Service* by US Mail to the following registered agent of record:

Srinivas Bollepalli
1888 Wilkenson Crossing
Marietta, Georgia 30066

This 30th day of October, 2020.

**LAW & MORAN**

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700