AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4;24-cv-00225-WMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Srinivas Bollepalli

was received by me on *(date)* 9-19-24 .

☑ I personally served the summons on the individual at *(place)* Srinivas Bollepalli
1888 Wilkerson Crossing, Marietta, GA 30066    on *(date)* 10-8-24    ; or 4;10 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 10 15 24

_____
Server's signature

Johnathan Loadholt
*Printed name and title*


723 Main Street, Shine Mountain RR
*Server's address*      30066

Additional information regarding attempted service, etc: