IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| S.T., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a | ) | |
| BUDGETEL, and SRINIVAS | ) | |
| BOLLEPALLI, | ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff S.T. filed this action against Carson Loop ESM, LLC d/b/a Budgetel and Srinivas Bollepalli on September 19, 2024, and the summonses issued that day. Docs. 1, 4, 4-1. Defendant Carson Loop ESM, LLC's registered agent Srinivas Bollepalli, and Srinivas Bollepalli individually, were both personally served with the complaint and summonses on October 8, 2024, as shown in the Notice of Filing Proof of Service and attached Proofs of Service. Docs. 5, 5-1, 5-2.

Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants had 21 days to file their answers after being served with the Complaint and summonses. As of today, December 5, 2024, neither Defendant has filed an answer despite being served 58 days ago. *See generally* Docket No. 4:24-CV-00225.

Accordingly, Plaintiff hereby requests that the Clerk of Court enter Defendant Carson Loop ESM, LLC d/b/a Budgetel's default, and Defendant Srinivas Bollepalli's default on the docket under Federal Rule of Civil Procedure 55(a).

This 5th day of December, 2024.

Respectfully submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

**ANDERSEN, TATE & CARR, P.C.**

/s/ Patrick J. McDonough
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Attorneys for Plaintiff

**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Request for Clerk's Entry of Default*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                                                  Respectfully submitted,

                                                  **LAW & MORAN**

                                                  /s/ Denise D. Hoying
                                                  Peter A. Law
                                                  Georgia Bar No. 439655
                                                  pete@lawmoran.com
                                                  E. Michael Moran
                                                  Georgia Bar No. 521602
                                                  mike@lawmoran.com
                                                  Denise D. Hoying
                                                  Georgia Bar No. 236494
                                                  denise@lawmoran.com
                                                  Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
|    Defendants. ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing *Request for Clerk's Entry of Default* by US Mail to the following registered agent of record:

Srinivas Bollepalli
1888 Wilkenson Crossing
Marietta, Georgia 30066

This 5th day of December, 2024.

**LAW & MORAN**

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700

2