IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>  Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI,<br><br>  Defendants. | CIVIL ACTION FILE NO:<br>4:24-CV-00225-WMR<br><br>**JURY TRIAL DEMANDED** |

**BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE OUT OF TIME**

Come now Defendants in the above-referenced action, begging the Court's pardon and requesting leave to file out of time (1) their Response in Opposition to Plaintiff's Motion for Default Judgment (Doc. 7), and (2) their Answer, also addressed in their contemporaneously-filed Motion to Set Aside Default and Response in Opposition to Plaintiff's Motion for Default Judgment. For the reasons set out more fully in the attached Response in Opposition to Plaintiff's Motion for Default Judgment and accompanying Affidavit, which the Defendants hereby incorporate is if fully restated herein, the Defendants respectfully request that leave be granted, that the Response be deemed filed, and that the Court consider same and

deny Plaintiff's motion for default judgment and grant the Defendants' motion for leave to set aside default.

Respectfully submitted this 10th day of January, 2025.

                                          **HALL BOOTH SMITH, P.C.**

                                          */s/ Jacob O'Neal*
                                          PHILLIP E. FRIDUSS
                                          Georgia Bar No. 277220
                                          JACOB STALVEY O'NEAL
                                          Georgia Bar No. 877316
                                          *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T., <br><br> Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI, <br><br> Defendants. | CIVIL ACTION FILE NO: <br> 4:24-CV-00225-WMR <br><br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE OUT OF TIME** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Peter A. Law, Esq.<br>E. Michael Moran, Esq.<br>Denise D. Hoying, Esq.<br>**LAW & MORAN**<br>563 Spring Street, N.W.<br>Atlanta, GA 30308<br>pete@lawmoran.com<br>mike@lawmoran.com<br>denise@lawmoran.com<br>*Counsel for Plaintiff* | Patrick J. McDonough, Esq.<br>Jonathan S. Tonge, Esq.<br>**ANDERSEN, TATE & CARR, P.C.**<br>One Sugarloaf Centre<br>1960 Satellite Boulevard<br>Suite 400<br>Duluth, GA 30097<br>pmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com<br>*Counsel for Plaintiff* |

Respectfully submitted this   10th day of  January , 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com