IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., <br><br> Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI, <br><br> Defendants. | CIVIL ACTION FILE NO: 4:24-CV-00225-WMR <br><br> **JURY TRIAL DEMANDED** |

**AMENDED NOTICE OF ENTRY OF SPECIAL AND LIMITED APPEARANCE**

COMES NOW, **JACOB O'NEAL** of the law firm Hall Booth Smith, P.C., 191 Peachtree Street, NE, Suite 2900, Atlanta, Georgia 30303, hereby advises the Court and opposing counsel of his limited and special appearance as counsel on behalf of Defendants CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI and that Jacob O'Neal and Phillip E. Friduss are members in good standing with the State Bar of Georgia and admitted to practice in the United States District Court for the Northern District of Georgia Rome Division. Counsel appears specially and for limited purposes of representing Defendants until the Court's ruling on Plaintiff's Motion for Default Judgment and/or Defendants'

Motion to Open Default, whichever comes first. The undersigned counsel requests that notice of court appearances, motions, pleadings, and filings be served upon the undersigned.

Respectfully submitted this 13th day of January, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI,<br><br>Defendants. | CIVIL ACTION FILE NO:<br>4:24-CV-00225-WMR<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **NOTICE OF ENTRY OF LIMITED AND SPECIAL APPEARANCE** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Peter A. Law, Esq.<br>E. Michael Moran, Esq.<br>Denise D. Hoying, Esq.<br>**LAW & MORAN**<br>563 Spring Street, N.W.<br>Atlanta, GA 30308<br>pete@lawmoran.com<br>mike@lawmoran.com<br>denise@lawmoran.com<br>*Counsel for Plaintiff* | Patrick J. McDonough, Esq.<br>Jonathan S. Tonge, Esq.<br>**ANDERSEN, TATE & CARR, P.C.**<br>One Sugarloaf Centre<br>1960 Satellite Boulevard<br>Suite 400<br>Duluth, GA 30097<br>pmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com<br>*Counsel for Plaintiff* |

Respectfully submitted this 13th day of January, 2025.

                                               **HALL BOOTH SMITH, P.C.**

                                               */s/ Jacob O'Neal*
                                               PHILLIP E. FRIDUSS
                                               Georgia Bar No. 277220
                                               JACOB STALVEY O'NEAL
                                               Georgia Bar No. 877316

191 Peachtree Street, N.E.                *Counsel for Defendants*
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com