IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI,<br><br>　　　　　Defendants. | CIVIL ACTION FILE NO:<br>4:24-CV-00225-WMR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING

COMES NOW THE DEFENDANTS in the above-styled matter, and respectfully notify the Court and all Parties and Counsel of record of the following documents, submitted as Exhibits/ Attachments hereto:

1) Answer of Defendants, originally filed January 10, 2024.

2) Amended Affidavit of Srivinas Bollepalli.

The Defendants respectfully show that, given inclement weather and snowfall on January 10, 2025, Defendants were unable to secure notarization of the Answer and Affidavit of Srinivas Bollepalli filed on that date. A copy of the Answer with notarized verification, as well as a notarized Amended Affidavit, are attached hereto, and the Defendants respectfully request that the same be deemed filed in support of

x

their Answer, Motion to Set Aside Default, and Response in Opposition to Plaintiff's Motion for Default Judgment, also filed January 10, 2025.

Respectfully submitted this 13th day of January , 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>                  Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI,<br><br>                  Defendants. | CIVIL ACTION FILE NO: 4:24-CV-00225-WMR<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **NOTICE OF FILING** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Peter A. Law, Esq.<br>E. Michael Moran, Esq.<br>Denise D. Hoying, Esq.<br>**LAW & MORAN**<br>563 Spring Street, N.W.<br>Atlanta, GA 30308<br>pete@lawmoran.com<br>mike@lawmoran.com<br>denise@lawmoran.com<br>*Counsel for Plaintiff* | Patrick J. McDonough, Esq.<br>Jonathan S. Tonge, Esq.<br>**ANDERSEN, TATE & CARR, P.C.**<br>One Sugarloaf Centre<br>1960 Satellite Boulevard<br>Suite 400<br>Duluth, GA 30097<br>pmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com<br>*Counsel for Plaintiff* |

Respectfully submitted this 13th day of January, 2025.

                        **HALL BOOTH SMITH, P.C.**

                        */s/ Jacob O'Neal*
                        PHILLIP E. FRIDUSS
                        Georgia Bar No. 277220
                        JACOB STALVEY O'NEAL
                        Georgia Bar No. 877316

191 Peachtree Street, N.E.    *Counsel for Defendants*
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com