# LAW & MORAN

ATTORNEYS AT LAW
563 SPRING STREET, N.W.
ATLANTA, GEORGIA 30308

| TELEPHONE | www.LawMoran.com | FACSIMILE |
|---|---|---|
| (404) 814-3700 | | (404) 842-7710 |

January 15, 2025

**VIA E-FILE**

Sherri Lundy, Judicial Assistant
Honorable William M. Ray
2121United States Courthouse
75 Ted Turner Dr., SW Atlanta, GA 30303-3309

  Re: **A.H. v. Carson Loop ESM, LLC d/b/a Budgetel, and Srinivas Bollepalli**
    U.S. District Court, Northern District of Georgia, Rome Division
    Civil Action File No. 4:24-CV-00224-WMR

    **S.T. v. Carson Loop ESM, LLC d/b/a Budgetel, and Srinivas Bollepalli**
    U.S. District Court, Northern District of Georgia, Rome Division
    Civil Action File No. 4:24-CV-00225-WMR

Dear Ms. Lundy:

  We respectfully request that the above-referenced cases not be put on a trial calendar for the time periods of March 10, 2025 up and through March 14, 2025; April 7, 2025 up and through April 11, 2025; April 18, 2025; April 21, 2025; July 3, 2025; and July 7, 2025 up and through July 11, 2025.  The purpose of these leaves is out-of-town travel.

  With best regards, I remain

            Very truly yours,

            *Peter A. Law*

            Peter A. Law

PAL:bna
cc: All counsel of record (via ECF)