# Denise Hoying

| | |
|---|---|
| **From:** | Srinivas Bollepalli <sribollepalli@yahoo.com> |
| **Sent:** | Friday, October 25, 2024 12:50 PM |
| **To:** | Denise Hoying |
| **Cc:** | mac.mullen@ategrity.com; KENT BATES |
| **Subject:** | Fw: Ategrity claim 01CCG2024002836 RE: Carson Loop - 01-C-PK-P20069800-0 |

Hello Denise,
Good afternoon,
As we discussed on the telephone, please review the trail email contact for the insurance company.
Ategrity's claim for the submitted is 01CCG2024002836 and the adjuster is Mac Mullen, cc'd here, and number 480.508.7293.
I am traveling overseas next three weeks, if you have any questions contact me by email.

With regards,
Sri

Sri Bollepalli, Ph.D
**Sainergy Tech, Inc**
Ph;(404)510-8379
www.sainergytech.com


----- Forwarded Message -----
**From:** KENT BATES <kent@batesagencyii.com>
**To:** SRI BOLLEPALLI (SRIBOLLEPALLI@YAHOO.COM) <SRIBOLLEPALLI@YAHOO.COM>
**Sent:** Monday, October 21, 2024 at 11:34:07 AM EDT
**Subject:** FW: Ategrity claim 01CCG2024002836 RE: Carson Loop - 01-C-PK-P20069800-0



Sri,



Below is the claim number and the adjustor's information for the lawsuit.



The adjustor should be in touch with you shortly.



Best regards,

Kent

KENT BATES, CPCU

AGENCY OWNER

4343 SHALLOWFORD RD

BLDG 600 STE 650

MARIETTA, GA 30062

O) 770-693-9828

F) 404-393-1714

WWW.BATESAGENCYII.COM

---

**From:** Claims <claims@ategrity.com>
**Sent:** Monday, October 21, 2024 11:21 AM
**To:** KENT BATES <KENT@BATESAGENCYII.COM>; Claims <claims@ategrity.com>
**Cc:** Mac Mullen <mac.mullen@ategrity.com>
**Subject:** Ategrity claim 01CCG2024002836 RE: Carson Loop - 01-C-PK-P20069800-0

Hello,

Ategrity's claim for the submitted is 01CCG2024002836 and the adjuster is Mac Mullen, cc'd here and number 480.508.7293

Mac – I am heading in to the office today to scan the rest of the lawsuit that Kent physically mailed. Should be in your file by end of day.

Thank you!



**Michal Mullane**

**Property Claim Representative**

**Ategrity Specialty Insurance Company**
14000 N. Pima Rd, Suite 200
Scottsdale, AZ 85260

---

**From:** KENT BATES <KENT@BATESAGENCYII.COM>
**Sent:** Wednesday, October 16, 2024 5:44 AM
**To:** Claims <claims@ategrity.com>
**Subject:** Carson Loop - 01-C-PK-P20069800-0

Please be advised that the above referenced Insured would like to file a claim on his policy. He notified the agency of the lawsuit on October 10, 2024.

The Insured has received notice of a lawsuit being filed against him from acts of a contractor that worked on his premises.

The Insured can be reached at 404-510-8379 or SRIBOLLEPALLI@YAHOO.COM.

Documents have been received from the plaintiff's attorney. However, the files are quite large and will need to be mailed to you.

Please provide a mailing address so that said documents can be submitted.

Best regards,

3

Kent

KENT BATES, CPCU

AGENCY OWNER

4343 SHALLOWFORD RD

BLDG 600 STE 650

MARIETTA, GA 30062

O) 770-693-9828

F) 404-393-1714

[WWW.BATESAGENCYII.COM](WWW.BATESAGENCYII.COM)

4