

| | | |
|---|---|---|
| | Phillip E. Friduss<br>Phone: 404.954.6959<br>pfriduss@hallboothsmith.com | 191 Peachtree Street NE<br>Suite 2900<br>Atlanta, GA 30303-1775, USA |

Office: 404.954.5000
Fax: 404.954.5020
www.hallboothsmith.com

February 3, 2025

To: All Judges, Clerks of Court and Counsel of record

Re:   S.T. v. Carson Loop ESM, LLC. et al.
      United States District Court Northern District of Georgia
      Civil Action File No: 4:24-CV-00225-WMR
      Notice of Leave of Absence

Please accept this letter pursuant to Local Rule 83.1 (E)(4) regarding leave of absence. I am lead counsel in the above-styled action and I am providing notice to all affected court clerks, Judges and counsel of record. I respectfully request that the above-referenced case not be calendared during the following period during which time I will be away from the practice of law:

- **Emergency medical leave from Friday January 31, 2025 to Friday February 14, 2025.**

Pursuant to Local Rule 83.1 (E)(4), it is my understanding that I am not required to file a formal leave for petition of absence and accompanying order since the period of leave is less than twenty-one (21) consecutive days.

Thank you for your consideration of this matter.

Sincerely,

**HALL BOOTH SMITH, P.C.**

/s/ Phillip Friduss

Phillip E. Friduss
Georgia Bar No. 277220

ATLANTA, GA

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE