# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE NO:<br>4:24-CV-00225-WMR<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, the undersigned attorney, PHILLIP E. FRIDUSS, and files his Motion for Leave of Absence pursuant to LR 83.1 of the United States District Court for the Northern District of Georgia and shows the Court he will be on leave on the following dates:

- **Medical leave from Wednesday March 5, 2025 to Wednesday April 2, 2025.**

Phillip E. Friduss respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel.

Respectfully submitted this 4th day of March, 2025.

                                        **HALL BOOTH SMITH, P.C.**

                                        */s/ Jacob O'Neal*

                                        PHILLIP E. FRIDUSS

                                        Georgia Bar No. 277220

191 Peachtree Street, N.E.         JACOB STALVEY O'NEAL

Suite 2900                                Georgia Bar No. 877316

Atlanta, GA 30303-1775           *Counsel for Defendants*

Tel:  404-954-5000

Fax:  404-954-5020

Email:  pfriduss@hallboothsmith.com

Email:  joneal@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>  Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI,<br><br>  Defendants. | CIVIL ACTION FILE NO:<br>4:24-CV-00225-WMR<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **MOTION FOR LEAVE OF ABSENCE** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Peter A. Law, Esq.<br>E. Michael Moran, Esq.<br>Denise D. Hoying, Esq.<br>**LAW & MORAN**<br>563 Spring Street, N.W.<br>Atlanta, GA 30308<br>pete@lawmoran.com<br>mike@lawmoran.com<br>denise@lawmoran.com<br>*Counsel for Plaintiff* | Patrick J. McDonough, Esq.<br>Jonathan S. Tonge, Esq.<br>**ANDERSEN, TATE & CARR, P.C.**<br>One Sugarloaf Centre<br>1960 Satellite Boulevard<br>Suite 400<br>Duluth, GA 30097<br>pmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com<br>*Counsel for Plaintiff* |

Respectfully submitted this 4th day of March, 2025.

                                    **HALL BOOTH SMITH, P.C.**

                                    */s/ Jacob O'Neal*
                                    PHILLIP E. FRIDUSS
                                    Georgia Bar No. 277220
                                    JACOB STALVEY O'NEAL
                                    Georgia Bar No. 877316

191 Peachtree Street, N.E.           *Counsel for Defendants*
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com