# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI,<br><br>Defendants. | CIVIL ACTION FILE NO:<br>4:24-CV-00225-WMR<br><br>**JURY TRIAL DEMANDED** |

## (PROPOSED) ORDER

Phillip E. Friduss, moves this Court for a leave of absence from March 4, 2025 to April 2, 2025. Hearing no objection and as the requested dates do not conflict with any previously scheduled deadlines imposed by the Court, the motion is granted.

_____
Honorable William M. Ray, II
United States District Judge