# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>　　　Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>　　　Defendants. | CIVIL ACTION FILE<br>NO. 4:24-CV-00225-WMR |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW, **CARSON LOOP ESM, LLC d/b/a BUDGETEL** and **SRINIVAS BOLLEPALLI** ("Defendants"), and pursuant to Fed. R. Civ. P. 7.1 and N.D. Ga. LR 3.3, respectfully submits this their Certificate of Interested Persons and Corporate Disclosure statement, as follows. This Certificate is based upon information available at time of submission and may be supplemented or amended as appropriate.

(1)　The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and

1

any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    A.    Plaintiff S.T.

    B.    Shreesh Tiwari

    C.    Budgetel, Inc.

    D.    Srinivas Bollepalli

    E.    Carson Loop, LLC

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having ether a financial interest in or other interest which could be substantially affected by the outcome of this case:

    A.    Law & Moran

    B.    Denise Hoying, Esq.

    C.    E. Michael Moran

    D.    Peter A. Law

    E.    Andersen, Tate & Carr, P.C.

    F.    Jonathan Tonge

    G.    Patrick J. McDonough

    H.    Jennifer Webster

    I.    Hall Booth Smith, P.C.

  J.  Phillip E. Friduss

  K.  Jacob Stalvey O'Neal

  L.  Laura DeMartini

  M.  Ategrity Insurance

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

| For Plaintiff: | Denise Hoying |
| --- | --- |
| | Michael Moran |
| | Jonathan Tonge |
| | Patrick J. McDonough |
| | Peter A. Law |
| | Jennifer Webster |

| For Defendants: | Phillip E. Friduss |
| --- | --- |
| | Jacob Stalvey O'Neal |
| | Laura DeMartini |

Respectfully submitted this 17th day of March, 2025.

              **HALL BOOTH SMITH, P.C.**

              */s/ Jacob Stalvey O'Neal*
              PHILLIP E. FRIDUSS
              Georgia Bar No. 277220
              JACOB STALVEY O'NEAL
              Georgia Bar No. 877316
              LAURA DEMARTINI
              Georgia Bar No. 112295

              *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com
Email:  ldemartini@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>      Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO. 4:24-CV-00225-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **Defendants' Certificate of Interested Persons and Corporate Disclosure Statement** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

<div style="display: flex;">
<div>

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran
563 Spring Street, N.W.
Atlanta, GA 30308
*pete@lawmoran.com*
*mike@lawmoran.com*
*denise@lawmoran.com*

</div>
<div>

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer Webster, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 400
Duluth, GA 30097
*pmcdonough@atclawfirm.com*
*jtonge@atclawfirm.com*
*jwebster@atclawfirm.com*

</div>
</div>

Respectfully submitted this 17th day of March, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob Stalvey O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
LAURA DEMARTINI
Georgia Bar No. 112295

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: ldemartini@hallboothsmith.com