AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| S.T. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carson Loop ESM, LLC d/b/a Budgetel and Srinivas Bollepalli                                      .

Date:     05/12/2025

/s/ Sean W. Martin
*Attorney's signature*

Sean W. Martin, GA Bar #474125
*Printed name and bar number*

Carr Allison
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450

*Address*

swmartin@carrallison.com
*E-mail address*

(423) 648-9832
*Telephone number*

(423) 648-9869
*FAX number*