# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T., <br><br> Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 4:24-CV-00225-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the **Defendant's First Interrogatories and Request for Production of Documents to Plaintiff** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification, and/or via email to the following:

1

| | |
|---|---|
| Peter A. Law, Esq. | Patrick J. McDonough, Esq. |
| E. Michael Moran, Esq. | Jonathan S. Tonge, Esq. |
| Denise D. Hoying, Esq. | Jennifer Webster, Esq. |
| Law & Moran | Andersen, Tate & Carr, P.C. |
| 563 Spring Street, N.W. | One Sugarloaf Centre |
| Atlanta, GA 30308 | 1960 Satellite Boulevard |
| *pete@lawmoran.com* | Suite 400 |
| *mike@lawmoran.com* | Duluth, GA 30097 |
| *denise@lawmoran.com* | *pmcdonough@atclawfirm.com* |
| | *jtonge@atclawfirm.com* |
| | *jwebster@atclawfirm.com* |

Respectfully submitted this 13th day of May, 2025.

**HALL BOOTH SMITH, P.C.**

/s/ *Jacob Stalvey O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
LAURA DEMARTINI
Georgia Bar No. 112295

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: ldemartini@hallboothsmith.com