IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CARSON LOOP ESM, LLC d/b/a )<br>BUDGETEL, and SRINIVAS )<br>BOLLEPALLI, )<br>)<br>   Defendants. ) | CIVIL ACTION FILE<br>NO. 4:24-CV-00225-WMR |

## **PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

COMES NOW Plaintiff and hereby moves for leave to amend her Complaint under Federal Rule of Civil Procedure 15(a)(2), as follows:

Plaintiff respectfully requests leave to amend her Complaint under Rule 15(a)(2), for the sole purpose of revising the dates of her trafficking at the subject Budgetel. Along with this Motion, Plaintiff submits her Memorandum in Support of the Motion for Leave to Amend the Complaint and a Proposed Amended Complaint for the Court's review.

This 24th day of June, 2025.

<div style="display: flex;">
<div>

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710



**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

</div>
<div>

Respectfully submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff


**ANDERSEN, TATE & CARR, P.C.**

/s/ Patrick J. McDonough
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Attorneys for Plaintiff

</div>
</div>

2

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing *Plaintiff's Motion for Leave to Amend the Complaint* has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above mentioned pleading was prepared using Times New Roman font of 14 point size.

                                              Respectfully submitted,

                                              **LAW & MORAN**

                                              <u>/s/ Denise D. Hoying</u>
                                              Peter A. Law
                                              Georgia Bar No. 439655
                                              pete@lawmoran.com
                                              E. Michael Moran
                                              Georgia Bar No. 521602
                                              mike@lawmoran.com
                                              Denise D. Hoying
                                              Georgia Bar No. 236494
                                              denise@lawmoran.com
                                              Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CARSON LOOP ESM, LLC d/b/a )<br>BUDGETEL, and SRINIVAS )<br>BOLLEPALLI, )<br>)<br>    Defendants. ) | CIVIL ACTION FILE<br>NO. 4:24-CV-00225-WMR |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing ***Plaintiff's Motion for Leave to Amend the Complaint*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Sean W. Martin
Stephen A. Swanson
Carr Allison
633 Chestnut St.
Suite 2000
Chattanooga, TN 36450

This 24th day of June, 2025.

Respectfully submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710