UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 4:24-CV-00225-WMR |
| | * |
| CARSON LOOP ESM, LLC d/b/a | * |
| BUDGETEL, and | * |
| SRINIVAS BOLLEPALLI, | * |
| | * |
| Defendants. | * |

**ORDER GRANTING CONSENT MOTION**

The Court hereby GRANTS the joint request of the parties to extend discovery for four (4) additional months.

So ORDERED this 14th day of July, 2025.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE