IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a | ) |
| BUDGETEL, and SRINIVAS | ) |
| BOLLEPALLI, | ) |
| | ) |
|   Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

The Court hereby GRANTS the Motion for Leave to Amend the Complaint.

So ORDERED this 22nd day of July, 2025.

_William M. Ray, II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE