IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | Civil Action<br>File No.: 4:24-cv-00225-WMR |

## **NOTICE OF ENTRY OF APPEARANCE**

COMES NOW Michael C. Kendall of Kendall Legal, LLC, and hereby files this Entry of Appearance in the above-styled case and requests the Court add his name as co-counsel of record for Defendants Carson Loop ESM, LLC d/b/a Budgetel and Srinivas Bollepalli.

This 30th day of July, 2025.

                                              Respectfully submitted,

                                              KENDALL LEGAL, LLC

                                              /s/ Michael C. Kendall
                                              Michael C. Kendall
                                              Georgia Bar No. 414030
                                              Michael C. Kendall
                                              Georgia Bar No. 510402
                                              *Attorneys for Defendants*

3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone: (770) 577-3559
Facsimile: (770) 577-8113
mike@kendall-legal.com
michael@kendall-legal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | Civil Action<br>File No.: 4:24-cv-00225-WMR |

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **NOTICE OF ENTRY OF APPEARANCE** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

Denise Hoying, Esq.
E. Michael Moran, Esq.
Peter A. Law, Esq.
LAW & MORAN
563 Spring Street, N.W.
Atlanta, Georgia 30308

Sean William Martin, Esq.
Stephen Swanson, Esq.
CARR ALLISON
6300 Chestnut St., Suite 2000
Chattanooga, Tennessee 37450

Jonathan Tonge, Esq.
Patrick J. McDonough, Esq.
Jennifer Webster, Esq.
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097

Phillip Edward Friduss, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303

    This 30th day of July, 2025.

    /s/ Michael C. Kendall
    Michael C. Kendall