IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
|    Defendants. ) | |

## **CONSENT MOTION TO EXTEND DISCOVERY**

COME NOW, S.T., CARSON LOOP ESM, LLC d/b/a BUDGETEL and SRINIVAS BOLLEPALLI ("the Parties"), and jointly and by consent, respectfully request that discovery in this matter be extended until December 31, 2025, in support of which the Parties show the following:

The Parties have diligently pursued written discovery, written discovery has been exchanged, and depositions are underway. The Parties wish to depose Special Agent Jim Rives, who upon information and belief is a special agent of the Department of Homeland Security, and have been coordinating with the assistant chief counsel in the Office of the Principal Legal Advisor for the Department to secure said deposition. It appearing that this witness is not available for deposition inside the current discovery period ending November 11, 2025, the Parties jointly

and with consent move and request that the discovery period be extended to December 31, 2025, with dispositive motions due to be filed 30 days thereafter.

A proposed Order for the Court's consideration is submitted with this Consent Motion.

This 7th day of November, 2025.

                                      Respectfully submitted,

                                      **LAW & MORAN**

                                      */s/ Denise D. Hoying*
                                      Peter A. Law
                                      Georgia Bar No. 439655
                                      pete@lawmoran.com
                                      E. Michael Moran
                                      Georgia Bar No. 521602
                                      mike@lawmoran.com
                                      Denise D. Hoying
                                      Georgia Bar No. 236494
                                      denise@lawmoran.com
                                      Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

ANDERSEN, TATE & CARR, P.C.

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Attorneys for Plaintiff

**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

**CARR ALLISON**

*/s/ Stephen A. Swanson*
Sean W. Martin
Georgia Bar No. 474125
Stephen A. Swanson
Georgia Bar No. 759751
*Attorneys for Defendants*

**CARR ALLISON**
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
sswanson@carrallison.com

3

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***Consent Motion to Extend Discovery*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                                        Respectfully submitted,

                                        **LAW & MORAN**

                                        <u>/s/ Denise D. Hoying</u>
                                        Peter A. Law
                                        Georgia Bar No. 439655
                                        pete@lawmoran.com
                                        E. Michael Moran
                                        Georgia Bar No. 521602
                                        mike@lawmoran.com
                                        Denise D. Hoying
                                        Georgia Bar No. 236494
                                        denise@lawmoran.com
                                        Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
|    Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Consent Motion to Extend Discovery* by filing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Sean W. Martin
Stephen A. Swanson
Carr Allison
633 Chestnut St.
Suite 2000
Chattanooga, TN 36450

   This 7th day of November, 2025.

2

Respectfully submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

3