IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T.,  ) | |
|   ) | |
|   Plaintiff,  ) | |
|   ) | |
| v.  ) | CIVIL ACTION FILE |
|   ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a  ) | |
| BUDGETEL, and SRINIVAS  ) | |
| BOLLEPALLI,  ) | |
|   ) | |
|   Defendants.  ) | |

# **ORDER**

Before the Court is the Parties' Consent Motion to extend discovery in this matter. The Parties' Motion is GRANTED. Discovery shall expire on December 31, 2025, and the Parties shall submit all dispositive motions or, if none are filed, a consolidated pretrial report no later than thirty (30) days thereafter.

This 7th day of November, 2025.

_William M. Ray II_

_____
Hon. WILLIAM H. RAY
United States District Judge