

| | |
|---|---|
| Phil Friduss<br>Phone: 404.954.6959<br>pfriduss@hallboothsmith.com | 191 Peachtree Street NE<br>Suite 2900<br>Atlanta, GA 30303-1775, USA |

Office: 404.954.5000
Fax: 404.954.5020
www.hallboothsmith.com

December 24, 2025

To: All Judges, Clerks of Court and Counsel of record

Re:     S.T. v. Carson Loop ESM, LLC., et al.
        United States District Court Northern District of Georgia
        Civil Action File No: 4:24-CV-00225-WMR
        Notice of Leave of Absence

Please accept this letter pursuant to Local Rule 83.1 (E)(4) regarding leave of absence. I am lead counsel in the above-styled action and I am providing notice to all affected court clerks, Judges and counsel of record. I respectfully request that the above-referenced case not be calendared during the following period during which time I will be away from the practice of law:

- **December 30, 2025 to January 27, 2026 for previously unscheduled ALIF and PLIF spinal fusion surgeries; and**

- **February 16, 2026 to February 25, 2026, to attend DRI Governmental Liability Committee annual meeting at DRI's Civil Rights and Governmental Liability Program in Orlando, FL. Counsel is in leadership and is on the Committee's Advisory Board.**

Pursuant to Local Rule 83.1 (E)(4), it is my understanding that I am not required to file a formal leave for petition of absence and accompanying order since the period of leave is less than twenty-one (21) consecutive days.

Thank you for your consideration of this matter.

                                                                                                          Sincerely,

                                                                                                          **HALL BOOTH SMITH, P.C.**

                                                                                                          */s/ Phillip Friduss*

                                                                                                          Phillip E. Friduss
                                                                                                          Georgia Bar No. 277220

ATLANTA, GA

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE