# LAW & MORAN

ATTORNEYS AT LAW
563 SPRING STREET, N.W.
ATLANTA, GEORGIA 30308

| TELEPHONE | www.LawMoran.com | FACSIMILE |
|---|---|---|
| (404) 814-3700 | | (404) 842-7710 |

January 29, 2026

**VIA E-FILE**

Sherri Lundy, Judicial Assistant
Honorable William M. Ray
2121United States Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

> Re: **A.H. v. Carson Loop ESM, LLC d/b/a Budgetel, and Srinivas Bollepalli**
> U.S. District Court, Northern District of Georgia, Rome Division
> Civil Action File No. 4:24-CV-00224-WMR
>
> **S.T. v. Carson Loop ESM, LLC d/b/a Budgetel, and Srinivas Bollepalli**
> U.S. District Court, Northern District of Georgia, Rome Division
> Civil Action File No. 4:24-CV-00225-WMR

Dear Ms. Lundy:

    We respectfully request that the above-referenced case not be put on a trial calendar for the time periods of April 3, 2026; April 6, 2026, May 7, 8, and 11, 2026; June 5, 2026; June 8, 9, and 10, 2026; July 6 and 7, 2026; August 3, 2026 up and through August 7, 2026.  The purpose of these leaves is out-of-town travel.

    With best regards, I remain

                                                 Very truly yours,

                                                 *Peter A. Law*

                                                 Peter A. Law

PAL:bna
cc:    All counsel of record (via ECF)