UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 4:24-CV-00225-WMR |
| | * |
| CARSON LOOP ESM, LLC d/b/a | * JURY DEMANDED |
| BUDGETEL, and | * |
| SRINIVAS BOLLEPALLI, | * |
| | * |
| Defendants. | * |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW the Defendants, Carson Loop ESM LLC and Srinivas Bollepalli, by and through counsel, to move the Court for summary judgment pursuant to *Fed. R. Civ. P. 56*, showing the Court that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law.

Plaintiff cannot prove her sex trafficking claims against Defendants because, simply put, she was not sex trafficked during her six-day stay at the Budgetel hotel in Cartersville, Georgia. As a result, Plaintiff's Trafficking Victims Protection Reauthorization Act and general negligence claims fail since she was not the victim of any sex trafficking at the Budgetel Hotel, as confirmed by the Department of Homeland Security. Accordingly, summary judgment is appropriate in this case.

In addition to their memorandum of law and the record as a whole in this case, Defendants rely on the following additional materials in support of their Motion for Summary Judgment:

<u>Exhibit A</u>   Excerpts from the Deposition of Plaintiff S.T.

<u>Exhibit B</u>   Excerpts from the Deposition of Special Agent James Rives

<u>Exhibit C</u>   Bartow County Sheriff's Office Field Case Report (included in Plaintiff's Deposition Transcript as Exhibit 2)

<u>Exhibit D</u>   Department of Homeland Security Report of Investigation Number DG15HR21DG0002-004 (included in Plaintiff's Deposition Transcript as Exhibit 3)

<u>Exhibit E</u>   Application and Affidavit for Search Warrant (included in Special Agent James Rives' Deposition Transcript as Exhibit 17)

<u>Exhibit F</u>   Plaintiff's August 24, 2022 E-Mail (included in Plaintiff's Deposition Transcript as Exhibit 5)

<u>Exhibit G</u>   Department of Homeland Security Report of Investigation Number DG15HR21DG0002-060 (included in Special Agent James Rives' Deposition Transcript as Exhibit 16, pp. 49-51)

<u>Exhibit H</u>   Plaintiff's January 4, 2023 E-Mail (included in Plaintiff's Deposition Transcript as Exhibit 6)

<u>Exhibit I</u>   Guilty Plea and Plea Agreement (included in Special Agent James Rives' Deposition Transcript as Exhibit 18)

WHEREFORE, Defendants respectfully request the Court grant their Motion for Summary Judgment and dismiss this matter in its entirety with prejudice.

Respectfully submitted,

**CARR ALLISON**

By:   /s/ Sean W. Martin  
       **SEAN W. MARTIN, GA BAR #474125**
       **STEPHEN A. SWANSON, GA BAR #759751**
       *Attorneys for Defendants*
       633 Chestnut Street, Suite 2000
       Chattanooga, TN 37450
       (423) 648-9832 / (423) 648-9869 FAX
       swmartin@carrallison.com
       sswanson@carrallison.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 30th day of January, 2026.

By:   /s/ Sean W. Martin  
       **SEAN W. MARTIN, GA BAR #474125**
       **STEPHEN A. SWANSON, GA BAR #759751**

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Denise D. Hoying
Peter A. Law
E. Michael Moran
Law & Moran
563 Spring Street NW
Atlanta, GA 30308

Patrick J. McDonough
Jonathan S. Tonge
Andersen, Tate & Carr, PC
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097

By: /s/ Sean W. Martin
   **SEAN W. MARTIN, GA BAR #474125**
   **STEPHEN A. SWANSON, GA BAR #759751**