```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF GEORGIA
 3                        ROME DIVISION
 4     _____
 5     S.T. and A.H.,
 6              Plaintiffs,
 7          v.                          Case Nos.
 8     CARSON LOOP ESM, LLC DBA         4:24-CV-00225-WMR
 9     BUDGETEL and SRINIVAS            4:24-cv-00224-WMR
10     BOLLEPALLI,
11              Defendants.
12     _____
13                 VIDEOTAPED DEPOSITION OF S.T.
14     DATE:          Tuesday, November 11, 2025
15     TIME:          12:52 p.m.
16     LOCATION:      Law & Moran
17                    563 Spring Street NW
18                    Atlanta, GA 30308
19     REPORTED BY:   Deidra Nash
20     JOB NO.:       7723824
21
22
23
24
25
                                                   Page 1
```

```
 1                A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFFS S.T. AND A.H.:
 3          DENISE D. HOYING, ESQUIRE
 4          Law & Moran
 5          563 Spring Street NW
 6          Atlanta, GA 30308
 7          denise@lawmoran.com
 8          (404) 814-3700
 9
10    ON BEHALF OF DEFENDANT CARSON LOOP ESM, LLC DBA
11    BUDGETEL AND SRINIVAS BOLLEPALLI:
12          STEPHEN A. SWANSON, ESQUIRE
13          Carr Allison
14          633 Chestnut Street, Suite 200
15          Chattanooga, TN 37450
16          swmartin@carrallison.com
17          (423) 648-9834
18
19          JACOB O'NEAL, ESQUIRE
20          Hall Booth Smith, P.C.
21          191 Peachtree Street, N.E., Suite 2900
22          Atlanta, GA 30303
23          joneal@hallboothsmith.com
24          (404) 954-5000
25
```

```
 1                  A P P E A R A N C E S (Cont'd)
 2    ALSO PRESENT:
 3          Akil Wade, Videographer
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    Q    -- you believe anatomically or technically
2  speaking happened, we're all adults and we need to
3  just hear it from you, please.
4    A    Okay.  Okay.  So I had to perform oral sex
5  on him, and it would not get hard.  So he had me use
6  my hand and -- and jack him off, jack his penis off,
7  until he came all over my hand and in my mouth.
8    Q    Okay.  Hoyt?
9    A    Hoyt.
10   Q    Okay.  Anything else happen in that room?
11   A    That's it, except keep him company for a
12  little bit.  And then he offered to feed my kids.  And
13  I'm like -- I stayed until about, I think, 4 a.m.  But
14  I had to get back over to my kids, because my mom
15  wasn't there and --
16   Q    When you say, "keep company," is that a
17  pseudonym for anything other than just literally sit
18  next to him and be with him?
19   A    Just literally -- yes, talk with him --
20   Q    Okay.
21   A    -- and sit next -- yeah.
22   Q    You were at the hotel for what, five days,
23  six days, seven days?
24   A    About six days.
25   Q    Six days.  This interaction with the truck

Page 142

```
 1    otherwise.  I hadn't seen you yet.  So I wanted to get
 2    some context.
 3         A    Me and my mom do look alike, yeah.
 4         Q    Yes, yes.
 5         A    Okay.
 6              MR. SWANSON:  There's two we'll look
 7    at, Counsel, I'm sorry, I didn't mean to throw that at
 8    you.
 9              THE WITNESS:  So sorry --
10              MS. HOYING:  Hand me this one --
11              MR. SWANSON:  Yeah.  You mark that one,
12    give it to her.  Sorry, I'm all over the place.
13    BY MR. SWANSON:
14         Q    I've handed you what's been produced to me
15    as a Bartow County Sheriff's Office field case report.
16    Do you see that?
17         Q    Yes.
18         A    And it's got a date on the first page of
19    August 25, 2020.  Is that right?
20         A    Yes.  Wait.  August 25, 2020?  Yes.
21         Q    Okay.
22         A    I didn't know it was August.
23         Q    Have you seen this document before?
24         A    Yes, I -- I filed the police report and then
25    I went and got a copy of it.
```

Page 218

```
 1        Q    Okay.
 2             MR. SWANSON:  -- Defendants 2.
 3             (Defendant Exhibit 2 was marked for
 4             identification.)
 5             THE WITNESS:  Just because he kicked us
 6   out and the Rapid Re-Housing Program, yeah --
 7   BY MR. SWANSON:
 8        Q    Okay.  Is this the -- well, have you had a
 9   chance to look it over at all --
10        A    I --
11        Q    And so, can you tell me, is this the police
12   report we've been talking about all day that you told
13   Shreesh you were going to file, left to file, came
14   back and told him you did file?
15        A    Yes, this is the only --
16        Q    Okay.
17        A    -- the one and only police report.
18        Q    Okay.  And so, on the first page at the top
19   it says that all this -- whatever you reported on the
20   next page happened six days prior on August 19, 2020.
21   Does that sound about right?
22        A    Yep.
23        Q    The -- this is the sixth day that you were
24   there and went to file --
25        A    Yes --
```

Page 219

```
 1          Q    -- this police report.
 2          A    The whole timeline --
 3          Q    It says here you went to the Bartow County
 4     Sheriff's Office and not Cartersville Police
 5     Department.
 6          A    Okay.
 7          Q    Is that right?
 8          A    Yeah.  It was one or the other, so.
 9          Q    One or the other.  Do you still think that
10     Cartersville Police Department was the law enforcement
11     agency that showed up?
12          A    No, it was Bartow County Sheriff's Office
13     because he gave me a card with the case number on it.
14     And I called that number back.
15          Q    The officer you reported this to, was he
16     like -- do you recall him typing this out as you were
17     standing there, or was he just writing it down --
18          A    -- writing it down.
19          Q    Okay.  So his notes, from your
20     understanding, ripened into this written report at
21     least; right?
22          A    Yeah.
23          Q    Okay.  And it says that this was -- the
24     reporting officer was Badge Number 913, Black, on the
25     bottom of the first page.  You see that?
```

Page 220

```
 1    don't have any copies of this.  It's just your
 2    amendment complaint, Counsel.
 3              MS. HOYING:  No problem.
 4              MR. SWANSON:  What have we at?
 5              MS. HOYING:  7.
 6              MR. SWANSON:  7.
 7              (Defendant Exhibit 7 was marked for
 8              identification.)
 9    BY MR. SWANSON:
10       Q    Here's a document titled the First Amendment
11    Complaint for Damages.  This is the lawsuit.  I'll
12    represent to you this is the document that started the
13    allegations and the lawsuit of what we're here about
14    today.
15       A    Yes.
16       Q    Paragraph 19 on page eight is a place that's
17    in writing talking about defendant's manager forcing
18    you to have sex for money with a truck driver.  Is
19    this the Hoyt allegation?
20       A    Yes.  So it is in --
21       Q    Yes.  What I'm asking, the point I have is,
22    or the question I have to ask about this is, this
23    document came about in July 23 of 2025.  Did I read
24    the date correctly on Defendant 7?
25       A    That's just this July.
```

Page 270

1    Q    Yeah, that's just this past July.  The
2  lawsuit was filed earlier.  This is just another
3  document that was filed in the case.
4    A    Oh, yeah, this was -- is this the amended
5  one?
6    Q    This is the amended complaint, yes.
7    A    Yes.
8    Q    There was an original complaint that
9  preceded this.
10   A    Yes.
11   Q    Right.
12   A    This is the amended one, and -- but the one
13 before that --
14   Q    The original one also had this allegation;
15 right?
16   A    Yes.
17   Q    Okay.  What I --
18   A    But it didn't have in there, I think, to
19 where -- it was something else, but it didn't have in
20 there --
21            MS. HOYING:  That's okay.  Don't worry
22 about that.  That's not the question --
23            THE WITNESS:  Yeah.
24            MR. SWANSON:  Sure.
25            THE WITNESS:  But this was in both of

Page 271

```
 1      them, yes.
 2      BY MR. SWANSON:
 3           Q    Okay.  The one that -- the allegation about
 4      Hoyt, the truck driver, that was in the prior version
 5      of this.  Prior to that document coming into
 6      existence, are you aware of any other documents that
 7      you've ever seen or know about that wrote out that
 8      allegation in any type of form?
 9           A    No.
10           Q    Okay.  Same with paragraph 18 of the amended
11      complaint.  I believe, if you want to read through it,
12      paragraph 18 at the bottom of the paragraph, above
13      paragraph 19 there, I think that's the allegation with
14      Tiwari in the bathroom.  Is it as you look it over?
15           A    Yes.
16           Q    Yes.  Okay.  This is also --
17           A    The oral sex.
18           Q    Yes, this document is also dated
19      January 23, 2025.  This allegation -- I think you
20      would agree that this allegation was also in the
21      original iteration of your complaint that started this
22      lawsuit; right?
23           A    Yes.  Yes.
24           Q    My question is this allegation about oral
25      sex with Tiwari in the bathroom, is this complaint --
```

Page 272

```
 1    in your prior version of your complaint, is that the
 2    first time you had seen reduced to writing, in any
 3    form, by anyone, the allegations of Tiwari in the
 4    bathroom?
 5         A    On paper?
 6         Q    Yes.
 7         A    Yes.
 8         Q    Is there another format that you're thinking
 9    of where you may have seen these allegations reduced
10    to writing?
11         A    No.  No.
12         Q    Okay.  Are you making a lost wage claim in
13    this case, like you missed some time off work for some
14    reason having to do with this case?
15         A    I am not making a lost wage claim.
16         Q    Okay.  Are you making a claim that your
17    employment or employability has somehow been impacted
18    as a result of the incidents we're here about today --
19         A    No.  No, sir --
20              MS. HOYING:  Let him finish his
21    question before you answer --
22              THE WITNESS:  I'm sorry.
23              MS. HOYING:  -- so you know what he's
24    asking.
25    //
```

Page 273

```
 1    report, but a complaint to people working at the
 2    motel.  Okay?
 3           Did you ever complain about Mr. Tiwari to
 4    anyone working at the motel?
 5         A    No.
 6         Q    Okay.
 7         A    Wait, wait.  Wait, did I ever complain to
 8    him about people that work at the motel?
 9         Q    No.  I'm not asking if you complained to
10    Mr. Tiwari.  I'm asking if you complained -- well, let
11    me break it down.
12           Earlier, you talked some about big Shreesh,
13    Shreesh Bollepalli, the owner of the motel; right?
14         A    Yeah.
15         Q    Did you ever make any kind of complaint
16    about Mr. Tiwari to big Shreesh?
17         A    No.
18         Q    Okay.  Did you ever make any kind of
19    complaint about Mr. Tiwari to any hotel staff members?
20         A    No.
21         Q    Okay.
22         A    Except when we were getting evicted, the
23    Chris, the maintenance guy.
24         Q    Okay.  The maintenance guy, Chris, was that
25    his name?
```

Page 284