Special Agent James Rives                    December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 1

1            IN THE UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF GEORGIA
3                      ROME DIVISION
4     _____
5     S.T.,
6              Plaintiff,
7         v.                          Civil Action
8     CARSON LOOP ESM, LLC d/b/a      File No.
9     BUDGETEL, and SRINIVAS          4:24-CV-00225-WMR
10    BOLLEPALLI,
11             Defendants.
12    _____
13    A.H.,
14             Plaintiff,
15        v.                          Civil Action
16    CARSON LOOP ESM, LLC d/b/a      File No.
17    BUDGETEL, and SRINIVAS          4:24-CV-00224-WMR
18    BOLLEPALLI,
19             Defendants.
20    _____
21
22
23
24
25

Case 4:24-cv-00225-WMR   Document 57-2   Filed 01/30/26   Page 2 of 10

Special Agent James Rives                December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 2

```
 1                  VIDEOTAPED DEPOSITION OF
 2                  SPECIAL AGENT JAMES RIVES
 3     DATE:        Tuesday, December 16, 2025
 4     TIME:        10:25 a.m.
 5     LOCATION:    Bartow County Sheriff's Office
 6                  104 Zena Drive
 7                  Cartersville, GA 30121
 8     REPORTED BY: Kayli Russell
 9     JOB NO.:     7790798
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 4:24-cv-00225-WMR   Document 57-2   Filed 01/30/26   Page 3 of 10

Special Agent James Rives                                 December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 3

```
 1                  A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFFS S.T. AND A.H.:
 3         DENISE D. HOYING, ESQUIRE
 4         Law & Moran
 5         563 Spring Street Northwest
 6         Atlanta, GA 30308
 7         denise@lawmoran.com
 8         (470) 974-3907
 9
10    ON BEHALF OF DEFENDANTS CARSON LOOP ESM, LLC d/b/a
11    BUDGETEL AND SRINIVAS BOLLEPALLI:
12         STEPHEN SWANSON, ESQUIRE
13         Carr Allison
14         633 Chestnut Street, Suite 2000
15         Chattanooga, TN 37450
16         sswanson@carrallison.com
17         (423) 497-0012
18
19         JACOB O'NEAL, ESQUIRE
20         Hall Booth Smith, P.C.
21         191 Peachtree Street Northeast, Suite 2900
22         Atlanta, GA 30303
23         joneal@hallboothsmith.com
24         (404) 954-6956
25
```

Special Agent James Rives  December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 4

1              A P P E A R A N C E S (Cont'd)
2     ALSO PRESENT:
3         Sean Forbes, Videographer
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 4:24-cv-00225-WMR   Document 57-2   Filed 01/30/26   Page 5 of 10

Special Agent James Rives                        December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 15

1   Q   Okay.  And when you started conducting
2   record checks, did your investigation reveal that
3   Shreesh Tiwari was the manager of the Budgetel, who
4   ran day-to-day operations at the hotel?
5   A   Yes, ma'am.  I did.
6   Q   Okay.  And that he was a business partner
7   with a gentleman by the name of Sri Bollepalli?
8   A   Correct.
9   Q   And did you, at that point, as part of your
10  investigation, go to the Bartow County Sheriff's
11  Office and sort of investigate other crimes that had
12  occurred at the Budgetel?
13  A   Correct.
14  Q   Okay.  And what did you -- at that point,
15  what did you learn about sort of the -- either the
16  volume or types of other crimes that had occurred at
17  the hotel?
18  A   So there was numerous calls for service from
19  the Bartow -- received by the Bartow County Sheriff's
20  Office.  Those calls range everything from a theft,
21  narcotics, domestic violence, and sexual harassment.
22  Q   All right.  And so if you flip ahead for me
23  to -- I think it's ROI number 4.  Let me ask you this.
24  Is there -- do you number your reports of
25  investigation sequentially when you fill them out?

Case 4:24-cv-00225-WMR   Document 57-2   Filed 01/30/26   Page 6 of 10

Special Agent James Rives                              December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 51

1  concerned, appear to all and only stem from victim
2  one.  Is that right?
3          Is there anyone else listed here that has
4  anything to do with the charges against Tiwari, other
5  than victim one?
6      A   So in this paragraph, only victim one is
7  listed, but this is a plea agreement -- agreement
8  drafted by both parties.  So I can't speak to why they
9  didn't include other -- maybe that was part of the
10 agreement.
11     Q   Okay.  Maybe there are other indictments out
12 there that were dismissed, or charges that were
13 dismissed in reaching this plea agreement?
14     A   Correct.
15     Q   And you wouldn't be familiar with any of
16 those?
17     A   That -- that would not be in my wheelhouse.
18     Q   Okay.  Understood.  Part of this is figuring
19 out where your information begins and ends, and where
20 the next, you know, folks will pick it up.
21     A   Correct.
22     Q   Understood.  Okay.  From your reading of
23 this and understanding of the guilty plea, you are
24 not -- you can't point me in this guilty plea and plea
25 agreement, document, Exhibit 18, any allegations that

Case 4:24-cv-00225-WMR   Document 57-2   Filed 01/30/26   Page 7 of 10

Special Agent James Rives                           December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 52

1   include or mention S.T. that were included in this
2   particular document.  Can you?
3        A    So pages -- I believe it's going to be 5
4   through to mid-8 is the factual basis.  And only talks
5   about victim one.
6        Q    Okay.  So that would be a no to my question.
7   You can't point me to anything from the factual basis
8   of this guilty plea agreement that mentions or has
9   anything to do with S.T.; right?
10       A    Correct.  Correct.
11       Q    Okay.  Just want to make sure I didn't miss
12  something there.  Okay.  Exhibit 17, the search
13  warrant.  And help me understand a timeline of your
14  investigation or maybe general -- investigations in
15  general.
16            I'm just trying to figure this out.  You all
17  get a tip from the tip line that there's some type of
18  trafficking activities going on at the hotel; right?
19  That's kind of step one that it hits your desk that
20  this might be going on; right?
21       A    Correct.
22       Q    And I think you said that happened in, like,
23  February '21 or something like that; right?
24       A    Early 2021.
25       Q    Early 2021.

Case 4:24-cv-00225-WMR   Document 57-2   Filed 01/30/26   Page 8 of 10

Special Agent James Rives                         December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 61

```
 1    and affidavit for search warrant that's marked as
 2    Plaintiffs' Exhibit 16 was based -- was not based on
 3    sex trafficking allegations involving S.T.?
 4         A    Not -- okay.
 5         Q    Is it --
 6         A    Sorry.  Repeat that question.
 7         Q    Is it fair to say that the application and
 8    affidavit for search warrant marked as Plaintiffs'
 9    Exhibit 16 is not based on any allegations of sex
10    trafficking involving S.T.?
11         A    Not solely based on S.T., no.
12         Q    S.T.
13         A    S.T.  Sorry.
14         Q    Okay.  There are no sex trafficking
15    allegations listed in this application and affidavit
16    for search warrant that you can point me to.  Is that
17    right?
18         A    Correct.
19              MS. HOYING:  As to her.
20              MR. SWANSON:  As to S.T.  Yes.  We're
21    trying to put four questions together.
22              MS. HOYING:  Got it.
23              MR. SWANSON:  We're on the same --
24    BY MR. SWANSON:
25         Q    Does that agree -- is that correct?
```

Case 4:24-cv-00225-WMR   Document 57-2   Filed 01/30/26   Page 9 of 10

Special Agent James Rives                           December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 80

1   talked about another time you talked with S.T.  It
2   didn't exist.  Didn't happen; right?
3        A    Didn't happen.
4        Q    Okay.  And anything involving ROI 60 -- is
5   there anything involving ROI 60 that you would define,
6   and sit here today, and tell me is allegations
7   involving sex trafficking between Tiwari and S.T.?
8        A    Is there an allegation of sex trafficking in
9   here?
10       Q    Is there anything in here that you say
11  that --
12       A    The -- the elements of the crime are not in
13  this report.
14       Q    Okay.  So ROI 60 does not -- did not ripen
15  into some sex trafficking allegation against Tiwari
16  that then made its way into your -- like, the guilty
17  plea agreement or anything like that; right?
18       A    Correct.
19       Q    Okay.  Is there anything in here that you
20  believe constitutes labor trafficking involving S.T.
21  and Tiwari?
22       A    There is not.
23       Q    Okay.  Was S.T. sex trafficked as a result
24  of your investigation?  Is that what you concluded?
25       A    She was not.

Special Agent James Rives                    December 16, 2025
S.T., Et Al.  Vs. Carson Loop ESM, LLC, Et Al.

Page 86

1    potentially that is involving S.T. in any allegations
2    of forced sexual intercourse?
3         A    I'm not aware of any other investigation
4    involving her.
5         Q    Okay.  Would it surprise you to learn that
6    S.T. is making claims in this case of forced sexual
7    intercourse that weren't disclosed to you during your
8    investigation?
9              MS. HOYING:  Objection.
10             But you can answer.
11             THE WITNESS:  I know she feels like
12   she's a victim.
13   BY MR. SWANSON:
14        Q    Okay.  Of sexual harassment?
15             MS. HOYING:  Objection.
16   BY MR. SWANSON:
17        Q    I mean, from your understanding.
18        A    No.  From my understanding, she feels like
19   she's a victim of sex trafficking.
20        Q    Okay.  But you weren't able to substantiate
21   that she was in fact sex trafficked as a result of
22   your investigation?
23        A    Correct.
24        Q    Okay.  So it might might've happened and
25   might have didn't, but you never found any evidence?

Veritext Legal Solutions
800.808.4958                                      770.343.9696