# BARTOW COUNTY SHERIFF'S OFFICE
## FIELD CASE REPORT   CASE# 2020-00024361

### EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 08/25/2020 16:51 | Harassment | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | Budgetel Inn |
| 08/19/2020 00:00 | 08/25/2020 16:51 | 35 CARSON LOOP NW CARTERSVILLE, GA | |

### OFFENSES

| # | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 16-11-39.1 Harassing Communications | 1 | Completed |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult | Suspect | UNKNOWN, SHREESH | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | | 35 CARSON LOOP NW CARTERSVILLE, GA 30121 | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| White | Male | 5'5 5'8 | 130 160 | Black | | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |
| | (917)302-9597 | | | | | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult | Victim | THOMPSON, SAMANTHA CHERYL | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| [redacted] | 35 | 35 CARSON LOOP NW CARTERSVILLE, GA 30121 | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| White | Female | 5'3 5'3 | 198 198 | Brown | Brown | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |
| 052829544 / GA | [redacted] | | | | | |

### SUBJECT

(blank)

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 913 Black | 08/25/2020 | Wilson, Ryan | 08/25/2020 |

1 OF 2


EXHIBIT

BCSO Case 2020-00024361 Page 1 OF 2

TIWARI000203

**BARTOW COUNTY SHERIFF'S OFFICE**
FIELD CASE REPORT          CASE# **2020-00024361**

### NARRATIVE

On August 25th, 2020 at 1659 hours I was dispatched to the Bartow County Sheriff's Office in reference to a harassment report.

Upon arrival I met with Samantha Thompson who stated Shreesh the owner of Budgetel has been sexually harassing her. Samantha stated she arrived at the hotel on 08-19-20. She advised Shreesh invited her to his office and offered her food. She advised they had a consensual conversation and as she was leaving he stated walk slow. She stated he has made remarks about sexual allegations and she stated she told him to stop. Samantha stated she is moving out tomorrow morning. I advised her to block his number and try to avoid him. I also advised her if she does come into contact with him to record the conversation.

Samantha advised me Shreesh had put a app on her phone. She advised she looked all through her phone and could not find anything.

I attempted to contact Shreesh but he did not answer.

I provided Samantha with a case number and advised her to call the Bartow County Sheriff's Office if she had any questions or updates.

Nothing Further.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 913 Black | 08/25/2020 | Wilson, Ryan | 08/25/2020 |

2 OF 2

BCSO Case 2020-00024361 Page 2 OF 2

TIWARI000204