

# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/23/2021 17:08 EDT                                                                                           Page 1 of 2

**CASE NUMBER**
DG15HR21DG0002

**CASE OPENED**
2/22/2021

**CURRENT CASE TITLE**
Shreesh TIWARI et al

**REPORT TITLE**
Interview of Samantha Thompson

**SYNOPSIS**

On February 19, 2021, Homeland Security Investigations (HSI), Dalton, GA, initiated an investigation into Shreesh TIWARI upon learning allegations of him sex trafficking women in the Budgetel Motel located at 35 Carson Loop, Cartersville, GA. The allegations were made through Bartow County Sheriff's Office (BCSO) reports and a victim calling the HSI Tip line. According to the victims, TIWARI coerces women to perform sex acts in lieu of rent when they can no longer pay for a room. If the women do not comply with performing sex acts, they are immediately evicted from the property. TIWARI is the owner / manager of the Budgetel. This case will document the investigative activity into TIWARI and those involved in sex trafficking and other criminal activity.

The following report of investigation will detail the interview of Samantha Thompson.

**REPORTED BY**
James Rives
SPECIAL AGENT

**APPROVED BY**
Darren Webb
RESIDENT AGENT

**DATE APPROVED**
3/10/2021


EXHIBIT 3

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Shreesh TIWARI et al | DG15HR21DG0002-004 | 3/10/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

TIWARI000330



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/23/2021 17:08 EDT                                                                                   Page 2 of 2

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION

On February 23, 2021, HSI Dalton Special Agent (SA) Jim Rives talked to Samantha Thompson via telephone about Bartow County Incident Report 2020-00024361. According to the report, Thompson claimed she was a victim of sexual harassment with the offender being Shreesh TIWARI.

The following was documented by the responding deputy:

"Upon arrival I met with Samantha Thompson who stated Shreesh the owner of the Budgetel has been sexually harassing her. Samantha stated she arrived at the hotel on 08-19-20. She advised Shreesh invited her to his office and offered her food. She advised they had a consensual conversation and as she was leaving, he stated walk slow. She stated he has made remarks about sexual allegations and she stated she told him to stop."

On February 23, 2021, SA Rives contacted Thompson through phone number 470-461-9425. Once SA Rives identified himself and requested to meet with Thompson, she informed SA Rives that she is currently living in a hotel in Canton, GA. Thompson explained that she was a victim of domestic violence due to an incident where her boyfriend nearly beat her to death. After her boyfriend went to jail and she was released from the hospital, she was homeless. Thompson received assistance from the Good Neighbor Homeless Shelter Program who placed her at the Budgetel. According to Thompson, TIWARI made sexual comments to her and at one point, placed his hand in a chair that she was sitting down in to feel her buttocks. Once the money ran out from the Good Neighbor Homeless Shelter Program, he propositioned her for sex acts in lieu of rent. Thompson stated that she rather be homeless than have any sexual contact with TIWARI and left the Budgetel on her own free will.

Efforts have been made for a follow-up interview.

This investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Shreesh TIWARI et al | DG15HR21DG0002-004 | 3/10/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

TIWARI000331