**Denise Hoying**

---

**From:** Samantha Thompson <haleydog2859@gmail.com>
**Sent:**
**To:** Denise Hoying
**Subject:**

Begin forwarded message:

>   **From:** Samantha Thompson <haleydog2859@gmail.com>
>   **Date:** August 24, 2022 at 12:12:52 AM EDT
>   **To:** Christie.Jones@usdoj.gov
>
> Hi I was notified about a case against shreesh tiwari. I initially filed a police report against him for sexual harrasment for when me and my kids were staying at the budgetel thru a homeless prevention program and he harassed me and touched me and took pictures of me and made me come to the office late hours so he could try to have sex with me he offered to pay me and he took my laptop and my phone when I wanted the office wifi password and then told me he installed a secret app on there and wouldn't give back my laptop I had to get Aaron's to come get it from him and then I refused sex after him rubbing all over me and I told him to leave me alone and he said he would kick me and my 3 kids and my elderly mother out so I went to the police and filed a report and they didn't do anything at all and they knew this place was horrible and they knew this man and his history and no one would report him because he would evict you and he took advantage of us at our most vulnerable time . I had lost my job and house due to covid and we entered the homeless program and they put us there at the hotel and he knew we had nowhere else to go and when I got back from the police department he was at the door evicting us we had 45 min to get out and nowhere to go . It was the most horrible day ever my children had to go thru that and then we were living out of my car and I relapsed , I had two years clean , my kids got taken by dfcs and put into foster care and I have been trying to get them back for over a year now - I went to jail last year so that was a delay but I am now 10 months sober and I have completed almost everything on my case plan but it has been a fight . All of this started with that horrible man and all I was trying to do was complete the homeless housing program for my family and we got tore apart and violated in so many ways because of this man . I know a homeland security agent had emailed me last year but I wasn't sure so I ignored it and then I of course was homeless from place to place so I never got any updates on this Buy I have been at my address 8 months now and recently changed my address thru the mail and I was forwarded the letter the other day so I went in and updated my info on the VNS ... was he arrested ? And how many people came forward ?  Is there a lawsuit against the hotel ? Is there any compensation ?
> And do I need to attend the status hearing ? I would like to I think
> Thank you
> Samantha

1


EXHIBIT 5

Sent from my iPhone