# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

05/30/2023 15:42 EDT



**CASE NUMBER**
DG15HR21DG0002

**CASE OPENED**
2/22/2021

**CURRENT CASE TITLE**
Shreesh TIWARI et al

**REPORT TITLE**
Follow up interview with Samantha Thompson.

**REPORTED BY**
James Rives
SPECIAL AGENT

**APPROVED BY**
Darren Webb
RESIDENT AGENT

**DATE APPROVED**
12/30/2022

## SYNOPSIS

On February 19, 2021, Homeland Security Investigations (HSI), Dalton, GA, initiated an investigation into Shreesh TIWARI upon learning allegations of him sex trafficking women in the Budgetel Motel located at 35 Carson Loop, Cartersville, GA. The allegations were made through Bartow County Sheriff's Office (BCSO) reports and a victim calling the HSI Tip line. According to the victims, TIWARI coerces women to perform sex acts in lieu of rent when they can no longer pay for a room. If the women do not comply with performing sex acts, they are immediately evicted from the property. TIWARI is the owner / manager of the Budgetel. This case will document the investigative activity into TIWARI and those involved in sex trafficking and other criminal activity.

The following report of investigation will detail the follow up interview with Samantha Thompson.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

 

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

05/30/2023 15:42 EDT

Page 2 of 3

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION

On December 8, 2022, HSI Dalton Special Agent (SA) Jim Rives, Assistant United States Attorney (AUSA) Leanne Marek and Trial Attorney Kate Hill met with Samantha Thompson at her residence in Chatsworth, Georgia.

Upon meeting with Thompson, SA Rives confirmed the information documented in Bartow County Sheriff's Office report 2020-000024361 was accurate as written. Thompson further explained the excessive sexual harassment from Shreesh TIWARI to include the documented incident of TIWARI touching Thompson's buttocks. According to Thompson, TIWARI would inappropriately touch Thompson frequently. Thompson explained she feared TIWARI would immediately remove her from the property causing her to be homeless with her teenaged son.

According to Thompson, she was placed in the BUDGETEL through the Good Neighbor Rapid Rehousing program in Bartow County. Thompson explained that she was in need to shelter and TIWARI was aware of her desperate situation and took advantage of it.

Thompson recalled her next-door neighbor was [redacted]. [redacted] witnessed a lot of the inappropriate behavior from TIWARI according to Thompson.

Thompson explained TIWARI was aware and allowed his maintenance men to sell illegal narcotics. She recalled and incident where she was in sitting in TIWARI's car with TIWARI when TIWARI was approached for drugs. According to Thompson, TIWARI referred the person to the one to the maintenance men but she could not recall the name.

Thompson remembered a housekeeper named [redacted] that worked for TIWARI who was also sexually harassed. According to Thompson, TIWARI was aggressive with sexual advances toward [redacted] and stated that she believed [redacted] was victimized by TIWARI.

Thompson stated she was told by TIWARI that he installed an app on her phone to track her. She advised she looked all through her phone and could not find anything TIWARI installed. It was learned from Thompson her teenaged son also searched the phone and did not discover the tracking app as well. Despite not finding the app, Thompson still believed TIWARI was able to track her through her phone.

Thompson provided her email addresses of [redacted] and [redacted]."

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Shreesh TIWARI et al | DG15HR21DG0002-060 | 12/30/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This investigation continues.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Shreesh TIWARI et al | DG15HR21DG0002-060 | 12/30/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.