**Denise Hoying**

From: Samantha Thompson <haleydog2859@gmail.com>
Sent:
To: Denise Hoying
Subject:

Begin forwarded message:

> **From:** Samantha Thompson <haleydog2859@gmail.com>
> **Date:** January 4, 2023 at 5:16:28 PM EST
> **To:** "Rives, James E" <James.E.Rives@ice.dhs.gov>
> **Subject: Re:**
>
> Okay thank u so much
>
> Sent from my iPhone
>
>> On Jan 4, 2023, at 5:04 PM, Rives, James E <James.E.Rives@ice.dhs.gov> wrote:
>>
>> Not yet. She is expected back next week. I will catch her up on your situation.
>>
>> Sent with BlackBerry Work
>> (www.blackberry.com)
>>
>>> **From:** Samantha Thompson <haleydog2859@gmail.com>
>>> **Date:** Wednesday, Jan 04, 2023 at 4:57 PM
>>> **To:** Rives, James E <James.E.Rives@ice.dhs.gov>
>>> **Subject:** Re:
>>>
>>> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.
>>>
>>> I didn't forget lol and I will ... also is that lady back in the office that might can help with my TPR case in juvenile court on the 24th
>>>
>>> Sent from my iPhone


EXHIBIT 6

On Jan 4, 2023, at 4:44 PM, Rives, James E <James.E.Rives@ice.dhs.gov> wrote:

Thank you for letting me know. I was worried you forgot about me. Please let me know if you think of anything else.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Samantha Thompson <haleydog2859@gmail.com>
**Date:** Wednesday, Jan 04, 2023 at 4:04 PM
**To:** Rives, James E <james.e.rives@ice.dhs.gov>
**Subject:**

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here <mailto:SPAM@ice.dhs.gov?subject=FW:%20Suspicious%20Email%20&body=Please%20select%20the%20suspicious%20email%20in%20your%20outlook%20inbox%20and%20drag%20it%20into%20the%20body%20of%20this%20message.> and follow instructions.

Hi so I talked to my son and he doesn't have the video anymore he has a completely new phone since all that . The name of the housekeeper who worked there and was threatened with dfcs and losing her job is Marlene hood .  I can't remember what else u asked me to email lol ?

Sent from my iPhone