UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 4:24-CV-00225-WMR |
| | * |
| CARSON LOOP ESM, LLC d/b/a | * JURY DEMANDED |
| BUDGETEL, and | * |
| SRINIVAS BOLLEPALLI, | * |
| | * |
| Defendants. | * |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

COME NOW the Defendants, Carson Loop ESM LLC and Srinivas Bollepalli, by and through counsel, to submit their Statement of Undisputed Material Facts pursuant to Civil Local Rule 56.1(B)(1).

1. Plaintiff was a guest at the Budgetel hotel in Cartersville, Georgia between August 19, 2020 and August 25, 2020. (D.E. 46, p. 1, ¶ 1; Exhibit A, pp. 142:22-24; 218:14-220:2).

2. Shreesh Tiwari was the hotel manager at the time of Plaintiff's stay at the hotel. (Exhibit B, p. 15:1-5).

3. On August 25, 2020, Plaintiff made a report to the Bartow County Sheriff's Office wherein she did not identify any sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit C).

4. On February 23, 2021, Plaintiff was interviewed by Department of Homeland Security Special Agent James Rives wherein she did not identify any sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit D).

5. On June 21, 2021, Department of Homeland Security Special Agent James Rives applied for a search warrant which did not identify any sex trafficking allegations against or involving Plaintiff and Shreesh Tiwari. (Exhibit E).

6. On August 24, 2022, Plaintiff communicated with a member of the U.S. Department of Justice wherein she did not identify any sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit F).

7. On December 8, 2022, Plaintiff met with members of the Department of Homeland Security and U.S. Department of Justice wherein she did not identify any sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit G).

8. On January 4, 2023, Plaintiff communicated with Department of Homeland Security Special Agent James Rives wherein she did not identify any sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit H).

9. On June 1, 2023, Shreesh Tiwari entered a guilty plea which did not identify any sex trafficking allegations against or involving Plaintiff and Shreesh Tiwari. (Exhibit I).

10. Plaintiff was not the victim of sex trafficking while a guest at the

Budgetel hotel. (Exhibit B, pp. 80:23-25; 86:20-23).

    Respectfully submitted,

    **CARR ALLISON**

    By: /s/ Sean W. Martin
        **SEAN W. MARTIN, GA BAR #474125**
        **STEPHEN A. SWANSON, GA BAR #759751**
        *Attorneys for Defendants*
        633 Chestnut Street, Suite 2000
        Chattanooga, TN 37450
        (423) 648-9832 / (423) 648-9869 FAX
        swmartin@carrallison.com
        sswanson@carrallison.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 30th day of January, 2026.

    By: /s/ Sean W. Martin
        **SEAN W. MARTIN, GA BAR #474125**
        **STEPHEN A. SWANSON, GA BAR #759751**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Denise D. Hoying
Peter A. Law
E. Michael Moran
Law & Moran
563 Spring Street NW
Atlanta, GA 30308

Patrick J. McDonough
Jonathan S. Tonge
Andersen, Tate & Carr, PC
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097

                    By:   /s/ Sean W. Martin

                        **SEAN W. MARTIN, GA BAR #474125**
                        **STEPHEN A. SWANSON, GA BAR #759751**