UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **S.T.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 4:24-CV-00225-WMR |
| | * |
| **CARSON LOOP ESM, LLC d/b/a** | * JURY DEMANDED |
| **BUDGETEL, and** | * |
| **SRINIVAS BOLLEPALLI,** | * |
| | * |
| Defendants. | * |

## DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

COME NOW Defendants Carson Loop ESM LLC and Srinivas Bollepalli ("Defendants"), and, pursuant to the Standing Order of this Court and the Northern District's Procedures for Electronic Filing Under Seal in Civil Cases, hereby move the Court for entry of an order permitting Defendants to file under seal their Motion for Summary Judgment. A supporting brief and a proposed order granting this motion are provided herein.

Respectfully submitted,

**CARR ALLISON**

By:   /s/ Sean W. Martin  
      **SEAN W. MARTIN, GA BAR #474125**
      **STEPHEN A. SWANSON, GA BAR #759751**
      *Attorneys for Defendants*
      633 Chestnut Street, Suite 2000
      Chattanooga, TN 37450
      (423) 648-9832 / (423) 648-9869 FAX
      swmartin@carrallison.com
      sswanson@carrallison.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 30th day of January, 2026.

By:   /s/ Sean W. Martin  
      **SEAN W. MARTIN, GA BAR #474125**
      **STEPHEN A. SWANSON, GA BAR #759751**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Denise D. Hoying
Peter A. Law
E. Michael Moran
Law & Moran
563 Spring Street NW
Atlanta, GA 30308

Patrick J. McDonough
Jonathan S. Tonge
Andersen, Tate & Carr, PC
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097

                              By:   /s/ Sean W. Martin
                                       **SEAN W. MARTIN, GA BAR #474125**
                                       **STEPHEN A. SWANSON, GA BAR #759751**