UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 4:24-CV-00225-WMR |
| | * |
| CARSON LOOP ESM, LLC d/b/a | * JURY DEMANDED |
| BUDGETEL, and | * |
| SRINIVAS BOLLEPALLI, | * |
| | * |
| Defendants. | * |

### BRIEF IN SUPPORT OF DEFENDANTS' MOTION
### FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to the Standing Order of this Court and the Northern District's Procedures for Electronic Filing Under Seal in Civil Cases, Defendants Carson Loop ESM LLC and Srinivas Bollepalli ("Defendants"), seek leave to file under seal their Motion for Summary Judgment.

This is a hotel sex-trafficking case. Plaintiff is proceeding under the initials S.T. to protect her identity. Additionally, several of the depositions in the case have been designated as Confidential to further prevent the public disclosure of information that might inadvertently disclose Plaintiff's identity. Thus, Defendants request an order allowing the filing under seal of their Motion for Summary Judgment, as well as certain documents used in support of Defendants' Motion for Summary Judgment.

Thus, Defendants seek leave to file the following documents under seal:

a) Defendants' Motion for Summary Judgment;

b) Brief in Support of Defendants' Motion for Summary Judgment;

c) Defendants' Statement of Undisputed Material Facts;

d) Defendants' Notice of Filing Depositions of S.T. and James Rives;

e) Deposition Transcript of S.T.; and

f) Deposition Transcript of James Rives.

A proposed order granting this motion is provided herein.

    Respectfully submitted,

    **CARR ALLISON**

    By: /s/ Sean W. Martin
        **SEAN W. MARTIN, GA BAR #474125**
        **STEPHEN A. SWANSON, GA BAR #759751**
        *Attorneys for Defendants*
        633 Chestnut Street, Suite 2000
        Chattanooga, TN 37450
        (423) 648-9832 / (423) 648-9869 FAX
        swmartin@carrallison.com
        sswanson@carrallison.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 30th day of January, 2026.

By:   /s/ Sean W. Martin         
      **SEAN W. MARTIN, GA BAR #474125**
      **STEPHEN A. SWANSON, GA BAR #759751**

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Denise D. Hoying
Peter A. Law
E. Michael Moran
Law & Moran
563 Spring Street NW
Atlanta, GA 30308

Patrick J. McDonough
Jonathan S. Tonge
Andersen, Tate & Carr, PC
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097

By:   /s/ Sean W. Martin         
      **SEAN W. MARTIN, GA BAR #474125**
      **STEPHEN A. SWANSON, GA BAR #759751**