UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **S.T.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 4:24-CV-00225-WMR |
| | * |
| **CARSON LOOP ESM, LLC d/b/a** | * JURY DEMANDED |
| **BUDGETEL, and** | * |
| **SRINIVAS BOLLEPALLI,** | * |
| | * |
| Defendants. | * |

## [PROPOSED] ORDER

This matter is before the Court on Defendant's Motion for Leave to File Documents Under Seal. Upon consideration of the motion and supporting brief, and for good cause shown, it is hereby ordered and adjudged as follows:

Defendants' Motion for Leave to File Documents Under Seal is GRANTED. Defendants are hereby authorized to file the following documents under seal:

    a)    Defendants' Motion for Summary Judgment;

    b)    Brief in Support of Defendants' Motion for Summary Judgment;

    c)    Defendants' Statement of Undisputed Material Facts;

    d)    Defendants' Notice of Filing Depositions of S.T. and James Rives;

    e)    Deposition Transcript of S.T.; and

    f)    Deposition Transcript of James Rives.

SO ORDERED this _____ day of _____, 2026.

_____
WILLIAM M. RAY, II
United States District Judge

Order prepared by:

**CARR ALLISON**

By:  /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**
*Attorneys for Defendants*
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
sswanson@carrallison.com