IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' STATEMENT OF MATERIAL FACTS

COMES NOW Plaintiff and responds to Defendants' Statement of Material Facts:

### PRELIMINARY RESPONSE AND STATEMENT

Plaintiff disputes Defendants' Statement of Material Facts in that it does not accurately state the facts in their entirety and does not establish that there are no material questions of fact as to the issues raised in Defendants' Motion for Summary Judgment. Any fact not addressed is denied.

1.

Plaintiff was a guest at the Budgetel hotel in Cartersville, Georgia between August 19, 2020 and August 25, 2020. (D.E. 46, p. 1, ¶ 1; Exhibit A, pp. 142:22-

24; 218:14-220:2).

RESPONSE: Admitted.

2.

Shreesh Tiwari was the hotel manager at the time of Plaintiff's stay at the hotel. (Exhibit B, p. 15:1-5).

RESPONSE: Admitted.

3.

On August 25, 2020, Plaintiff made a report to the Bartow County Sheriff's Office wherein she did not identify any sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit C).

RESPONSE: Denied.  Plaintiff's fifteen-year-old son was with her at the police station, so in order to shield him from the horrors that she had endured, Plaintiff reported that Defendants' manager sexual remarks and propositioned her for sex, but she did not reveal all of the details of the forced sexual contact.  (Ex. A, S.T. Dep., 159:10-13; 222:19-223:17).  Soliciting Plaintiff for sex under threat of eviction is sex trafficking.

4.

On February 23, 2021, Plaintiff was interviewed by Department of Homeland Security Special Agent James Rives wherein she did not identify any

sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit D).

RESPONSE: Denied. Agent Rives' report reflects that Tiwari sexually assaulted Plaintiff, propositioned her for sex acts in lieu of rent, and that Plaintiff reported that she would rather be homeless than have any sexual contact with Tiwari. (Exhibit D to Defendants' Motion). Soliciting Plaintiff for sex under threat of eviction is sex trafficking. Further, although she cannot recall the specific date, Plaintiff told Agent Rives about her ordeal in a phone call early in his investigation and told him and his team all of the facts in detail during an in-person meeting later in the investigation. (Ex. A, S.T. Dep., 169:12-23; 171:15-23; 249:14-23).

5.

On June 21, 2021, Department of Homeland Security Special Agent James Rives applied for a search warrant which did not identify any sex trafficking allegations against or involving Plaintiff and Shreesh Tiwari. (Exhibit E).

RESPONSE: Denied. Please see paragraph 15 of the Affidavit attached to Defendants' Motion as Exhibit E.

6.

On August 24, 2022, Plaintiff communicated with a member of the U.S.

Department of Justice wherein she did not identify any sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit F).

RESPONSE: Denied. Plaintiff reported in her email to the Department of Justice, among other things, that "he harassed me and touched me and took pictures of me and made me come to the office late hours so he could try to have sex with me he offered to pay me… and then I refused sex after him rubbing all over me and I told him to leave me alone and he said he would kick me and my 3 kids and my elderly mother out." (Exhibit F to Defendants' Motion).

7.

On December 8, 2022, Plaintiff met with members of the Department of Homeland Security and U.S. Department of Justice wherein she did not identify any sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit G).

RESPONSE: Denied. Plaintiff told Agent Rives about her ordeal in a phone call early in his investigation and told him and his team all of the facts in detail during an in-person meeting later in the investigation. (Ex. A, S.T. Dep., 169:12-23; 171:15-23; 249:14-23).

4

8.

On January 4, 2023, Plaintiff communicated with Department of Homeland Security Special Agent James Rives wherein she did not identify any sex trafficking allegations against or involving herself and Shreesh Tiwari. (Exhibit H).

RESPONSE: Denied that this is a material fact, and denied as an incomplete statement. Plaintiff admits that Exhibit H to Defendants' Motion does not contain sex trafficking allegations, but as noted above, Plaintiff made several reports of sexual assault and sex trafficking, including but not limited to Plaintiff's report to Agent Rives in a phone call early in his investigation, and during an in-person meeting later in the investigation. (Ex. A, S.T. Dep., 169:12-23; 171:15-23; 249:14-23).

9.

On June 1, 2023, Shreesh Tiwari entered a guilty plea which did not identify any sex trafficking allegations against or involving Plaintiff and Shreesh Tiwari. (Exhibit I).

RESPONSE: Denied as an incomplete statement. Plaintiff made several reports of sexual assault and sex trafficking, including but not limited to Plaintiff's report to Agent Rives in a phone call early in his investigation, and during an in-person meeting later in the investigation. (Ex. A, S.T. Dep., 169:12-23; 171:15-23;

249:14-23). Department of Homeland Security lead investigator and Special Agent Jim Rives testified that he was not surprised that Plaintiff waited to disclose all of the factual details of her ordeal, as it is not at all uncommon for victims to wait to disclose. (Ex. B, Rives Dep., 81:19-24; 94:18-95:2; 107:3-25).

10.

Plaintiff was not the victim of sex trafficking while a guest at the Budgetel hotel. (Exhibit B, pp. 80:23-25; 86:20-23).

RESPONSE: Denied. The day after she arrived at the motel, Defendants' manager instructed Plaintiff to sit down in the office, and when she did, he put his hand on the chair under her and began fondling her vagina and buttocks. (Ex. A, S.T. Dep., 144:3-23). Plaintiff repeatedly told Defendants' manager to stop and rebuffed his sexual advances. (Ex. A, S.T. Dep., 144:3-23). He then told Plaintiff that a truck driver named Hoyt was a very good customer at the motel, that Hoyt needed female companionship, and threatened to evict Plaintiff and her family if she did not comply. (Ex. A, S.T. Dep., 144:3-23; 149:9-20). Plaintiff, with no choice other than to face eviction and homelessness, went to Hoyt's room where she found Hoyt and a prostitute named Carmen, who left shortly after Plaintiff arrived to take money to Defendants' manager Tiwari. (Ex. A, S.T. Dep., 141:3-8; 145:7-24). Plaintiff was then threatened with eviction a second time if she did not

perform oral sex and manually stimulate Hoyt's penis with her hand, and she reluctantly complied. (Ex. A, S.T. Dep., 140:2-142:9; 144:3-23).

The next day, Defendants' manager forced Plaintiff to touch his penis and thereafter threatened Plaintiff with eviction if she did not either perform oral sex on him or have sexual intercourse with him. (Ex. A, S.T. Dep., 151:25-152:18; 155:14-24). Trapped and with no choice, Plaintiff performed oral sex on Defendants' manager in the motel lobby's restroom. (Ex. A, S.T. Dep., 151:25-152:18; 155:14-24). There, Defendants' manager forced Plaintiff's head repeatedly on his penis until he ejaculated. (Ex. A, S.T. Dep., 151:25-152:18).

This 20th day of February, 2026.

    Respectfully submitted,

    **LAW & MORAN**

    */s/ Denise D. Hoying*
    Peter A. Law
    Georgia Bar No. 439655
    E. Michael Moran
    Georgia Bar No. 521602
    Denise D. Hoying
    Georgia Bar No. 236494
    *Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

                              **ANDERSEN, TATE & CARR, P.C.**

                              */s/ Patrick J. McDonough*
                              Patrick J. McDonough
                              Georgia Bar No. 489855
                              Jonathan S. Tonge
                              Georgia Bar No. 303999
                              *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***PLAINTIFF'S OPPOSITION TO DEFENDANTS' STATEMENT OF MATERIAL FACTS*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
*Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T.,                                )<br>                                          )<br>    Plaintiff,                     )<br>                                          )<br>v.                                      )<br>                                          )<br>CARSON LOOP ESM, LLC d/b/a  )<br>BUDGETEL, and SRINIVAS       )<br>BOLLEPALLI,                     )<br>                                          )<br>    Defendants.                 )  | CIVIL ACTION FILE<br>NO. 4:24-CV-00225-WMR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing ***PLAINTIF'S OPPOSITION TO DEFENDANTS' STATEMENT OF MATERIAL FACTS*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Sean W. Martin
Stephen A. Swanson
Carr Allison
633 Chestnut St.
Suite 2000
Chattanooga, TN 36450

This 20th day of February, 2026.

10

                                        **LAW & MORAN**

                                        */s/ Denise D. Hoying*
                                        Denise D. Hoying
                                        Georgia Bar No. 236494
                                        Attorney for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com

11