IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**S.T.**,

          Plaintiff(s),

v.

**Carson Loop ESM, LLC**
*doing business as*
**Budgetel**,

          Defendant(s).

_____/

Case No. 4:24-cv-00225-WMR

William M. Ray, II
United States District Judge

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing on the Motion for Summary Judgment [Doc. 57] in this case for Monday, April 27, 2026 at 11:00 a.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 24th day of February, 2026.

*/s/ William M. Ray, II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE