# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>　　Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00225-WMR |

## CONSENT MOTION TO EXTEND REPLY BRIEF DEADLINE

COME NOW, **S.T.** and **CARSON LOOP ESM, LLC d/b/a BUDGETEL** and **SRINIVAS BOLLEPALLI** ("the Parties"), and jointly and by consent, respectfully move and request that the deadline for Defendants to submit their Reply in Support of their Motion for Summary Judgment by one (1) week, to March 13, 2026, in support of which the Parties respectfully show the following:

In this matter, representation of the Defendants was taken over by Carr Allison of Chattanooga, TN, and said counsel filed a Motion for Summary Judgment on January 30, 2026. (See Docs. 34, 35, 57). Hall Booth Smith, P.C. has remained counsel for Defendants in the companion case, A.H. v. Carson Loop, et al. CAFN 4:24-cv-00224 ("A.H."), and also filed a Motion for Summary Judgment there on January 30, 2026. (See A.H., Doc. 72). By operation of this Court's Rules on briefing

and summary judgment, Defendants' Replies in both matters, if any, are currently due March 6, 2026. N.D. Ga. LR 7.1; 56.1. The matters have also been litigated on parallel discovery tracks, with the same discovery deadline of December 31, 2025. (See A.H. Doc. 65; S.T., Doc. 52).

On Friday, February 28, 2026, Defendants' insurers in this matter reached out to Hall Booth Smith and reassigned the S.T. matter back to same. Counsel for the Parties have conferred and discussed the factors warranting an extension, namely: (1) the commonality of deadlines in both matters and efficiency in maintaining same across the board; and (2) Hall Booth's need for time to assess the file for S.T. and prepare a fully cogent Reply. Plaintiff's counsel in both matters consents to an extension of one (1) week for replies in both matters, rendering the new deadline for both replies March 13, 2026.

For the reasons discussed herein, and by consent, the Parties respectfully move and request that this Consent Motion be GRANTED and that the Defendants in this matter and in A.H. have until March 13, 2026, to file their Replies in Support of their respective Motions for Summary Judgment.

A proposed Order is attached hereto for the Court's consideration.

Respectfully submitted this 3rd day of March, 2026.

**HALL BOOTH SMITH, P.C.**

*/s/ Dana Woodall*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
DANA WOODALL
Georgia Bar No. 478735

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax: 404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com
Email:  dwoodall@hallboothsmith.com

*/s/ Denise D. Hoying, by JSO w/ express permission*
DENISE D. HOYING
Georgia Bar No. 236494
*Counsel for Plaintiff*

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran
563 Spring Street, N.W.
Atlanta, GA 30308
*pete@lawmoran.com*
*mike@lawmoran.com*
*denise@lawmoran.com*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| S.T., <br><br>     Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC D/B/A BUDGETEL, and SRINIVAS BOLLEPALLI, <br><br>     Defendants. | CIVIL ACTION FILE <br> NO. 4:24-cv-00225-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **Consent Motion to Extend Deadline for Defendants' Reply in Support of Motion for Summary Judgment** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Peter A. Law, Esq. | Patrick J. McDonough, Esq. |
| E. Michael Moran, Esq. | Jonathan S. Tonge, Esq. |
| Denise D. Hoying, Esq. | Andersen, Tate & Carr, P.C. |
| Law & Moran | One Sugarloaf Centre |
| 563 Spring Street, N.W. | 1960 Satellite Boulevard |
| Atlanta, GA 30308 | Suite 400 |
| *pete@lawmoran.com* | Duluth, GA 30097 |
| *mike@lawmoran.com* | *pmcdonough@atclawfirm.com* |
| *denise@lawmoran.com* | *jtonge@atclawfirm.com* |

Respectfully submitted this 3rd day of March, 2026.

**HALL BOOTH SMITH, P.C.**

*/s/ Dana Woodall*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
DANA WOODALL
Georgia Bar No. 478735

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax: 404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com
Email:  dwoodall@hallboothsmith.com