IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00225-WMR |

## ORDER

Before the Court is the Parties' Consent Motion to extend Defendants' deadline to file their reply brief in support of their Motion for Summary Judgment. For the reasons stated in the Consent Motion, the said motion is hereby GRANTED. Defendants shall file any reply in support of their Motion for Summary Judgment by March 13, 2026.

IT IS SO ORDERED.

This 3rd day of March, 2026.

*/s/ William M. Ray II*

_____
Honorable WILLIAM H. RAY
United States District Judge