UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 4:24-CV-00225-WMR |
| | * |
| CARSON LOOP ESM, LLC d/b/a | * JURY DEMANDED |
| BUDGETEL, and | * |
| SRINIVAS BOLLEPALLI, | * |
| | * |
| Defendants. | * |

## NOTICE OF WITHDRAWAL OF COUNSEL

COME NOW, Sean W. Martin and Stephen A. Swanson, of the law firm Carr Allison, heretofore counsel for Defendants Carson Loop ESM, LLC and Srinivas Bollepalli and, pursuant to N.D. Ga. LR 83.1(E)(4), hereby give notice of their withdrawal as counsel for the said Defendants in the above-styled matter. Said Defendants shall remain represented by counsel Dana Woodall, Georgia Bar No. 478735, Phillip E. Friduss, Georgia Bar No. 277220, and Jacob Stalvey O'Neal, Georgia Bar No. 877316, of the law firm Hall Booth Smith, P.C., 191 Peachtree Street N.E., Suite 2900, Atlanta, Georgia 30303. Said Defendants shall also remain represented by counsel Michael C. Kendall, Georgia Bar No. 414030, and Michael C. Kendall, II, Georgia Bar No. 510402, of the law firm of Kendall Legal, LLC, 3152 Golf Ridge Blvd., Suite 201, Douglasville, Georgia 30135. Said counsel have

entered appearances on behalf of the Defendants in this matter. (D.E. 14; D.E. 15; D.E. 47; D.E. 48; D.E. 65).

Respectfully submitted,

**CARR ALLISON**

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**
*Attorneys for Defendants*
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
sswanson@carrallison.com

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 3rd day of March, 2026.

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Denise D. Hoying
Peter A. Law
E. Michael Moran
Law & Moran
563 Spring Street NW
Atlanta, GA 30308

Patrick J. McDonough
Jonathan S. Tonge
Andersen, Tate & Carr, PC
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097

Phillip E. Friduss
Jacob Stalvey O'Neal
Dana Woodall
Hall Booth Smith, P.C.
191 Peachtree Street N.E., Suite 2900
Atlanta, Georgia 30303

Michael C. Kendall
Michael C. Kendall, II
Kendall Legal, LLC
3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**