**Patrick J. McDonough**
Email:  pmcdonough@atclawfirm.com

Telephone:  770.822.0900
Direct Dial:  678.518.6859
Direct Fax:   770.236.9795

March 31, 2026

**VIA CM/ECF**

Honorable William M. Ray, II
1721 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

   Re: *S.T. v. Carson Loop ESM, LLC, et al.*
     United States District Court for the Northern District of Georgia
     Civil Action File No.: 4:24-cv-00225-WMR

Dear Judge Ray:

   I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- May 28, 2026 – June 9, 2026, for vacation.

   For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates.  I appreciate your consideration in this matter.

       Very truly yours,

       */s/ Patrick J. McDonough*

       Patrick J. McDonough

PJM: mnw
cc:  All counsel of record via CM/ECF