# ANDERSEN | TATE | CARR

**Jonathan Tonge**                                                      Telephone:  770.822.0900
Email:  jtonge@atclawfirm.com

April 3, 2026

**<u>VIA CM/ECF</u>**

Honorable William M. Ray, II
1721 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

>    Re:    *S.T. v. Carson Loop ESM, LLC, et al.*
>            United States District Court for the Northern District of Georgia
>            Civil Action File No.: 4:24-cv-00225-WMR

Dear Judge Ray:

I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- April 4, 2026 – April 11, 2026, for vacation.
- May 31, 2026 – June 10, 2026, for vacation.

For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

Sincerely,

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan Tonge*

Jonathan Tonge, Esq.

Andersen, Tate & Carr, P.C. ▪ One Sugarloaf Centre ▪ 1960 Satellite Boulevard ▪ Suite 4000 ▪ Duluth GA 30097 ▪ www.atclawfirm.com