IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| S.T., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a | ) | |
| BUDGETEL, and SRINIVAS | ) | |
| BOLLEPALLI, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, by and through counsel, and notifies the Court that the parties have reached a settlement agreement in this case. The parties anticipate filing a Stipulation of Dismissal once the appropriate settlement paperwork can be completed.

This 20th day of April, 2026.

Respectfully submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
Denise D. Hoying
Georgia Bar No. 236494
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
pete@lawmoran.com
denise@lawmoran.com

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that the foregoing *Notice of Settlement* has been prepared

with one of the following font and point selections approved by the Court in L.R.

5.1. Specifically, the above-mentioned pleading was prepared using Times New

Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

<u>/s/ Denise D. Hoying</u>
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T.,           ) | |
|           ) | |
|     Plaintiff,    ) | |
|           ) | |
| v.           ) | CIVIL ACTION FILE |
|           ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a  ) | |
| BUDGETEL, and SRINIVAS    ) | |
| BOLLEPALLI,         ) | |
|           ) | |
|     Defendants.   ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Phillip Friduss
Jacob O'Neal
Hall Booth Smith, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303

This 20th day of April, 2026.

4

Respectfully submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710