IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**S.T.,**

    Plaintiff(s),

     v.

**Carson Loop Esm, LLC**
*doing business as* **Budgetel Inc.**

    Defendant(s)

CIVIL ACTION FILE
NO. 4:24-cv-225-WMR

## ORDER

Parties have filed a Notice of Settlement [Doc 75]. The hearing is removed from the Court's Aprl 27th Calendar and the Court **DIRECTS** the Clerk of Court to terminate any pending motions and **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, or the Court's intervention is needed to enforce the settlement, the parties may move to reopen the case.[1]

**SO ORDERED** this
21st day of April,
2026.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.